UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are ***not*** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 16-56381

District Court/Agency Case Number(s): 15-5993-R (PWJx)

District Court/Agency Location: Central District

Case Name: Steen v. Bayer, A.G., et al.

If District Court, docket entry number(s) of order(s) appealed from: #43 & #54

Name of party/parties submitting this form: Plaintiff Breeona Steen

## Please briefly describe the dispute that gave rise to this lawsuit.

After consuming Aspirin manufactured and designed by Defendants, Plaintiff, Breeona Steen, had salicylate toxicity—otherwise known as aspirin toxicity. Plaintiff asserted several product liability claims against Defendants, alleging that Defendants knew that consumers were overdosing and incurring injury from a foreseeable misuse of Aspirin and yet failed to adequately warn or take steps to reduce the risks of such foreseeable misuse of their product.

## Briefly describe the result below and the main issues on appeal.

Defendants filed a motion for summary judgment which was granted by the district court. According to the Court, no reasonable juror could find (1) causation and/or (2) that Defendants had a duty to provide additional warnings on their packaging. As will be addressed on appeal, the court's order was in error given the extensive trialable issues of fact.

## Describe any proceedings remaining below or any related proceedings in other tribunals.

None

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information ***in confidence*** directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature /s/ Holly N. Boyer

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for Plaintiff Breeona Steen

**Note:** Use of the CM/ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in CM/ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into CM/ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

**SERVICE LIST**
**Court of Appeals Case No. 16-56381**
**U.S. District Court Case No. 2:15-cv-5993 R (PJWx)**

Attorneys for Defendants, BAYER CORPORATION & BAYER HEALTHCARE PHARMACEUTICALS INC.:

KAYE SCHOLLER, LLP
Pamela Yates, Esq.
Email: pamela.yates@kayescholer.com
Max Gavron, Esq.
Email: max.gavron@kayescholer.com
Kathryn Podsiadlo, Esq.
Email: Kathryn.podsiadlo@kayescholer.com
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6048
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Plaintiff, BREEONA STEEN:

ESNER, CHANG & BOYER
Holly N. Boyer, SBN 221788
hboyer@ecbappeal.com
Shea S. Murphy, SBN 255554
smurphy@ecbappeal.com
234 East Colorado Boulevard, Suite 975
Pasadena, California 91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859